UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 192 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| COREY JOHNSON | ) | |

MOTION TO MODIFY CONDITIONS OF BOND
TO REMOVE LOCATION MONITORING AND HOME DETENTION

Defendant COREY JOHNSON, by the Federal Defender Program and its attorney SANTINO COLEMAN, respectfully requests that the Court enter an order modifying Mr. Johnson's bond conditions. Specifically, Mr. Johnson requests that his conditions be modified to remove home detention and location monitoring. In support of this motion, Mr. Johnson states the following:

1. Mr. Johnson was charged in an indictment with one count of conspiracy to use a facility in interstate commerce in furtherance of extortion, in violation of 18 U.S.C. § 1952(a)(3), and 18 U.S.C. § 371; and 4 counts of use of a facility in interstate commerce in furtherance of an unlawful activity, in violation of 18 U.S.C. § 1952(a)(3) and 2.

2. On March, 6, 2019, following his initial appearance, Mr. Johnson was released on a $50,000.00 unsecured bond, with standard conditions and limited restrictions. On March 14, 2019, pretrial services submitted a report, recommending that Mr. Johnson's conditions of release be modified to include location monitoring and home detention. The next day, on March 15, 2019, Mr. Johnson's bond conditions were modified to include the additional restrictions.

3. Mr. Johnson, who has remained in compliance with the conditions of his release, respectfully requests that his bond conditions be modified to remove location monitoring and home

detention, as these restrictions have frustrated his ability to complete tasks at work, which require travel; and disrupted his ability to complete personal errands and attend medical appointments, among other things.

4. Undersigned counsel discussed this matter with Pretrial Services Officer Victor Alvarez, who indicated that pretrial services continues to recommend the above noted restrictions, a position to which the government indicated it would defer.

For the reasons stated above, Mr. Johnson respectfully requests an order modifying bond conditions to remove location monitoring and home detention.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        John F. Murphy
        Executive Director

        By: s/*Santino Coleman*
            Santino Coleman
            Attorney for Mr. Johnson

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312)621-8341

## **CERTIFICATE OF SERVICE**

The undersigned, Santino Coleman, an attorney with the Federal Defender Program hereby certifies that in accordance with FED. R.CIV.P5,LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents(s):

**MOTION TO MODIFY CONDITIONS OF BOND
TO REMOVE LOCATION MONITORING AND HOME DETENTION**

Was served pursuant to the district court's ECF system as to ECF filing, if any, and were sent by first- class mail/ hand delivery on June 12, 2019, to counsel/ parties that are non-ECF filers.

By: */s/ Santino Coleman*
SANTINO COLEMAN
*Attorney for the Defendant*
Federal Defender Program
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8341